IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CRIBLEAR | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 06-CV-4772 |
| JO ANNE B. BARNHART | : | |
| | : | |
| Defendant | : | |

**<u>ORDER</u>**

AND NOW, this 11th day of October, 2007, upon careful and independent consideration of the Report & Recommendation of United States Magistrate Judge Thomas J. Rueter, to which the parties have not objected within the applicable time limits, and after review of the parties' cross-motions for summary judgment, it is hereby ORDERED that:

1.  The Report & Recommendation (Document No. 13) is APPROVED AND ADOPTED;

2.  Plaintiff's motion for summary judgment (Document No. 8) is GRANTED;

3.  Defendant's motion for summary judgment, styled as a "Response to Request For Review" (Document No. 11), is DENIED;

4.  JUDGMENT is entered in favor of plaintiff and against defendant; and

5.  The matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the Report & Recommendation.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.